# Notice Recipients

District/Off: 0314−1  User: admin  Date Created: 11/08/2021
Case: 1:21−bk−01666−HWV  Form ID: 318  Total: 36

**Recipients of Notice of Electronic Filing:**
| | | |
|---|---|---|
| ust | United States Trustee | ustpregion03.ha.ecf@usdoj.gov |
| tr | Lawrence G. Frank (Trustee) | lawrencegfrank@gmail.com |
| aty | Chad James Julius | cjulius@ljacobsonlaw.com |

TOTAL: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
| | | | |
|---|---|---|---|
| db | Sparkle Breland | 3764 Lincoln Way West | Chambersburg, PA 17202 |
| cr | PRA Receivables Management, LLC | PO Box 41021 | Norfolk, VA 23541 |
| 5427447 | Acceptance Now | Attn: Bankruptcy | 5501 Headquarters Drive | Plano, TX 75024 |
| 5427448 | Affirm, Inc. | Attn: Bankruptcy | Po Box 720 | San Francisco, CA 94104 |
| 5427449 | Ally Financial | Attn: Bankruptcy | Po Box 380901 | Bloomington, MN 55438 |
| 5427450 | Aspire Servicing Center | Attn: Bankruptcy | Po Box 659705 | West Des Moines, IA 50265 |
| 5427451 | Citibank North America | Citibank SD MC 425 | 5800 South Corp Place | Sioux Falls, SD 57108 |
| 5427452 | Collection Bureau Of A | 25954 Eden Landing Road | Hayward, CA 94541 |
| 5427453 | Discover Financial | Attn: Bankruptcy | Po Box 3025 | New Albany, OH 43054 |
| 5427454 | ECMC | Attn: Bankruptcy | 111 Washington Ave South, Ste 1400 | Minneapolis, MN 55401 |
| 5427455 | Enhanced Recovery Company | Attn: Bankruptcy | 8014 Bayberry Road | Jacksonville, FL 32256 |
| 5427456 | Fingerhut | Attn: Bankruptcy | 6250 Ridgewood Road | Saint Cloud, MN 56303 |
| 5427457 | Goldman Sachs Bank USA | c/o Swicker & Associates, P.C. | 3220 Tillman Drive, Ste. 215 | Bensalem, PA 19020 |
| 5427458 | Hyundai Motor Finance | Attn: Bankruptcy | Po Box 20829 | Fountain Valley, CA 92728 |
| 5427459 | LendingClub | Attn: Bankruptcy | 595 Market St, Ste 200 | San Francisco, CA 94105 |
| 5427462 | MOHELA | Attn: Bankruptcy | 633 Spirit Drive | Chesterfield, MO 63005 |
| 5427460 | Marcus by Goldman Sachs | Attn: Bankruptcy | Po Box 45400 | Salt Lake City, UT 84145 |
| 5427461 | Meridian Bank | 9 Old Lincoln Hwy | Malvern, PA 19355 |
| 5427463 | OneMain Financial | Attn: Bankruptcy | Po Box 3251 | Evansville, IN 47731 |
| 5427464 | Patriot Federal Credit Union | Attn: Bankruptcy | 800 Wayne Avenue | Chambersburg, PA 17201 |
| 5427465 | Patriot Federal Credit Union | Attn: Bankruptcy | 800 Wayne Avenue | Chambersburg, PA 17201 |
| 5427466 | Patriot Federal Credit Union | Attn: Bankruptcy | 800 Wayne Avenue | Chambersburg, PA 17201 |
| 5427467 | Patriot Federal Credit Union | Attn: Bankruptcy | 800 Wayne Avenue | Chambersburg, PA 17201 |
| 5427468 | Patriot Federal Credit Union | Attn: Bankruptcy | 800 Wayne Avenue | Chambersburg, PA 17201 |
| 5427469 | PennyMac Loan Services, LLC | Attn: Correspondence Unit | Po Box 514387 | Los Angeles, CA 90051 |
| 5427470 | Springleaf Financial S | 777 Wayne Ave | Chambersburg, PA 17201 |
| 5427471 | Springleaf Financial S | 777 Wayne Ave | Chambersburg, PA 17201 |
| 5427472 | Springleaf Financial S | 777 Wayne Ave | Chambersburg, PA 17201 |
| 5427473 | Springleaf Financial S | 777 Wayne Ave | Chambersburg, PA 17201 |
| 5427721 | Synchrony Bank | c/o PRA Receivables Management, LLC | PO Box 41021 | Norfolk, VA 23541 |
| 5427474 | Synchrony Bank/Lowes | Attn: Bankruptcy | Po Box 965060 | Orlando, FL 32896 |
| 5427475 | Woodforrest Bank | 6520 Carlisle Pike | Mechanicsburg, PA 17050 |
| 5427476 | Zwicker & Associates | 3220 Tillman Drive, STe. 215 | Bensalem, PA 19020 |

TOTAL: 33